# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 5:21-bk-01053 |
| Ronald Walton, | : | Chapter 13 |
| Debtor | : | |
| _____ | : | Docket No. 15 |
| Ronald Walton, | : | |
| Movant | : | |
| vs. | : | |
| No Respondent. | : | |

## MOTION TO EXTEND TIME TO COMPLETE THE BANKRUPTCY FILING

**AND NOW** comes the Debtor, Ronald Walton, by and through his attorney, Paul W. McElrath, Esquire, of the law firm McElrath Legal Holdings, LLC, and files the within Motion to Extend Time to Complete the Bankruptcy Filing, and in support of avers as follows:

1. The Debtor voluntarily filed for relief under Chapter 13 of the Bankruptcy Code in the above-referenced case.

2. On May 10, 2021 the Debtors filed an "Emergency Filing" and received a Notice of Deficiencies indicating that the Schedules, Chapter 13 Plan, and Pay Advices are due by May 24, 2021.

3. The Debtors are obtaining additional information to submit to Counsel.

4. As a result of the above, Counsel for the Debtors have not been able to gather all the required information to timely file completed schedules.

5. Counsel requests a reasonable extension of time to meet with Debtors and to complete the Bankruptcy petition.

6. The Debtors needs approximately ten (10) days in order to obtain all the information necessary for the completion of the filing.

7. Counsel expects to file the completion no later than June 4, 2021.

**WHEREFORE,** Debtors respectfully requests that this Honorable Court extend the time for the completion date for ten (10) days.

Respectfully submitted,

Date: <u>May 21, 2021</u>

<u>/s/ Paul W. McElrath,</u>
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard, LLC
Pittsburgh, PA  15210
Tel: (412) 765-3606
Fax: (412) 765-1917
Email: <u>paulm@mcelrathlaw.com</u>
Attorney for Debtors